IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
Southern Division

BRIAN J. MARTIN and YAHMI NUNDLEY, individually and on behalf of all others similarly situated,

v.

TROTT LAW P.C. (f/k/a TROTT & TROTT, P.C.), DAVID A. TROTT, JANE DOE, AND JOHN DOE.

       Defendants.

Case No. 2:15-cv-12838

Hon. David M. Lawson

Mag. Judge David R. Grand

| | |
|---|---|
| Andrew J. McGuinness (P42074)<br>ANDREW J. MCGUINNESS, ESQ.<br>122 S Main St, Suite 118<br>P O Box 7711<br>Ann Arbor, MI 48107<br>Phone: (734) 274-9374<br>drewmcg@topclasslaw.com<br><br>Paul F. Novak (P39524)<br>Diana Gjonaj (P74637)<br>MILBERG LLP<br>Chrysler House<br>719 Griswold St, Suite 620<br>Detroit, MI 48226<br>Phone: (313) 309-1760<br>pnovak@milberg.com<br>dgjonaj@milberg.com<br><br>Daniel R. Karon<br>Beau Hollowell<br>KARON LLC<br>700 W. St. Clair Avenue, Suite 200<br>Cleveland, OH 44113<br>Telephone: (216) 622-1851<br>dkaron@karonllc.com<br>bhollowell@karonllc.com | Charity A. Olson (P 68295)<br>OLSON LAW GROUP<br>2723 S State St, Suite 150<br>Ann Arbor, MI 48104<br>Phone: (734) 222-5179<br>colson@olsonlawpc.com<br><br>*Counsel for Trott Law, P.C.*<br><br>Joseph Aviv (P30014)<br>Bruce L. Segal (P36703)<br>HONIGMAN MILLER SCHWARTZ & COHN LLP<br>39400 Woodward Avenue, Suite101<br>Bloomfield Hills, MI 48304<br>Phone: (248) 566-8300<br>javiv@honigman.com<br>bsegal@honigman.com<br><br>*Counsel for David A. Trott* |

*Counsel for Plaintiffs and the Proposed Class*

# PLAINTIFFS' WITHDRAWL OF MOTION

Plaintiffs Brian J. Martin and Yahmi Nundley, having filed their Amended Motion for Leave To File Second Amended Complaint (ECF #27) in lieu thereof, hereby withdraw their original Motion for Leave To File Second Amended Complaint (ECF #20).

Dated:  January 29, 2016

Respectfully submitted,

Andrew J. McGuinness (P42074)
ANDREW J. MCGUINNESS, ESQ.
122 S. Main Street, Suite 118
P.O. Box 7711
Ann Arbor, Michigan  48107
Phone:  (734) 274-9374
drewmcg@topclasslaw.com

Paul F. Novak (P39524)
Diana Gjonaj (P74637
MILBERG LLP
Chrysler House
719 Griswold Street, Suite 620
Detroit, Michigan  48226
Phone:  (313) 309-1760
pnovak@milberg.com
dgjonaj@milberg.com

Daniel R. Karon
Beau Hollowell
KARON LLC
700 W. St. Clair Avenue, Suite 200
Cleveland, Ohio  44113
Telephone:  (216) 622-1851
dkaron@karonllc.com
bhollowell@karonllc.com

*Counsel for Plaintiffs and the Proposed Class*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on the above date a copy of the foregoing was filed with the Court using the ECF system, which will send notification of such filing to all parties who have appeared through their attorneys of record.

*/s/ Andrew J. McGuinness*