UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRIAN J. MARTIN, YAHMI NUNDLEY,
and KATHLEEN CADEAU,

      Plaintiffs,                                Case Number 15-12838

v.                                                 Honorable David M. Lawson

TROTT LAW, P.C. and DAVID A. TROTT,

      Defendants.
_____/

## ORDER GRANTING MOTION FOR LEAVE TO FILE EXCESS PAGES

This matter is before the Court on the defendant's *ex parte* motion for leave to file excess pages in his reply brief in support of his second motion to dismiss. The Court has reviewed the defendant's request and finds that it is reasonable under the circumstances.

Accordingly, it is **ORDERED** that the defendant's *ex parte* motion for leave to file excess pages [dkt. #108] is **GRANTED**. The defendant's reply brief in support of his second motion to dismiss shall not exceed 9 pages in length.

                                              s/David M. Lawson
                                              DAVID M. LAWSON
                                              United States District Judge

Dated: January 12, 2017

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on January 12, 2017.

                              s/Susan Pinkowski
                              SUSAN PINKOWSKI